In The United States District Court
For The Eastern District of Pennsylvania

Blaise Tobia, et.al

vs.

Bally Total Fitness Holding Corp., et al.

Civil Action No. 12-1198

**FILED**
JUL 18 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## Praecipe to Issue Alias Summons

To The Clerk:

Kindly issue an (2) alias summons upon Defendant, Bally Total Fitness Holding Corporation, in the above-captioned matter.

MARK S. GURALNICK
A Professional Corporation
800 Cooper Road, Suite 3
Voorhees, NJ 08043
856-983-9900

DATED: July 18, 2012

BY: _____
Mark S. Guralnick, ESQ.
ID # 42977
Attorney for The Plaintiff