**MARK S. GURALNICK**
*A Professional Corporation*
By: Mark S. Guralnick, Esq.
Pa. ID# No. 42977
800 Cooper Road, Suite 3
Voorhees, NJ 08043
(856) 983-9900  Fax: 1-800-613-2585
Email: msg@guralnicklegal.com

*Attorney for the Plaintiffs and the Class*

---

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLAISE TOBIA,** *et al.* | CIVIL ACTION |
| Plaintiffs | No. 12-1198 |
| v. | |
| **BALLY TOTAL FITNESS HOLDING CORPORATION, L.A. FITNESS INTERNATIONAL, LLC** and **FITNESS INTERNATIONAL, LLC,** | *On Application for MDL Consolidation Before the United States Judicial Panel on Multi-District Litigation* MDL No. 2369 |
| Defendants | |

To the Clerk:

### PRAECIPE TO ISSUE THREE (ADDITIONAL) SUMMONS

Please issue additional alias summonses for the Defendant, BALLY TOTAL FITNESS HOLDING CORPORATION, in the above-captioned matter.

**MARK S. GURALNICK**
*A Professional Corporation*

By: /s/ Mark S. Guralnick

Mark S. Guralnick, Esq.
*Attorney for the Plaintiffs and for the class*