IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAISE TOBIA, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BALLY TOTAL FITNESS HOLDING | : | |
| CORPORATION, ET AL. | : | NO.   12-1198 |

## ORDER

**AND NOW**, this 21st day of February, 2013, upon consideration of Plaintiffs' "Motion for Reconsideration and/or Relief from Order, to Reinstate Plaintiffs' Complaint and for Leave to File Brief and Opposition to Motions *Nunc Pro Tunc*" (Docket No. 36), and Defendants' opposition thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.